## United States District Court for the Northern District of Illinois

Case Number: 07CV6363                 Assigned/Issued By: J. N.

Judge Name: KENDALL               Designated Magistrate Judge: COX

---

### FEE INFORMATION

*Amount Due:*  [✓] $350.00    [ ] $39.00    [ ] $5.00

[ ] IFP        [ ] No Fee    [ ] Other _____

[ ] $455.00

Number of Service Copies _____        Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350_____        Receipt #: 1115526_____

Date Payment Rec'd: 11-8-07_____        Fiscal Clerk: J. N._____

---

### ISSUANCES

[✓] Summons                              [ ] Alias Summons

[ ] Third Party Summons                  [ ] Lis Pendens

[ ] Non Wage Garnishment Summons         [ ] Abstract of Judgment

[ ] Wage-Deduction Garnishment Summons   _____
                                         _____
                                         (Victim, Against and $ Amount)

[ ] Citation to Discover Assets

[ ] Writ _____
         (Type of Writ)

1 ___ Original and 1 ___ copies on 11-8-07 ___ as to DEFENDANT _____
                                  (Date)

_____

_____

C:\wpwin80\docket\feeinfo.frm      03/14/05