UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DISABLED PATRIOTS OF AMERICA, INC., a Florida not for profit corporation, and BONNIE KRAMER, Individually, : : : : Plaintiffs, : vs. : : SIMON PROPERTY GROUP (DELAWARE), : INC. , A Delaware Corporation, : : Defendant. : _____/ : | Case No. 1:07-cv-6363 Judge Virginia M. Kendall |

**FED.R.CIV.P. 7.1 AND LOCAL RULE 3.2 DISCLOSURE STATEMENT**

PURSUANT TO Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, and by and through counsel, Plaintiff, DISABLED PATRIOTS OF AMERICA, INC., hereby represents that it has no corporate or other parents, subsidiaries, or affiliates, securities or other interests which are publicly-held.

Respectfully Submitted,

By:   /s/ Thomas B. Bacon, Esq.
       Thomas B. Bacon, Esq.

Date: November 30, 2007

Thomas B. Bacon
Attorney-At-Law
1515 Grant St.
Hollywood, FL 33020
N.D. Il. No. tbaco0771
ph. (954) 925-6488
fax (954) 237-5506
baconlaw@bellsouth.net

Lead Counsel For Plaintiffs

Jonathan E. Lerner, Esq.
P.O. Box 694
Wilmette, IL 60091
847-271-2360
fx 847-256-3038
 jlernerlaw@aol.com
Ill Bar. Id No. 1622242

Local Counsel for Plaintiffs

Case 1:07-cv-06363    Document 6    Filed 11/30/2007    Page 2 of 2