UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.0**
Eastern Division

Disabled Patriots of America, Inc., et al.
                              Plaintiff,

v.                                         Case No.: 1:07−cv−06363
                                           Honorable Virginia M. Kendall

Simon Property Group (Delaware), Inc.
                              Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Monday, December 3, 2007:


    MINUTE entry before Judge Virginia M. Kendall : Initial Status Hearing set for 1/14/2008 at 09:00 AM. Joint Status Report due by 1/9/2008. (See Judge Kendall's web page found at www.ilnd.uscourts.gov for status reports). The parties are to report on the following: (1) Possibility of settlement in the case; (2) If no possibility of settlement exists, the nature and length of discovery necessary to get the case ready for trial. Plaintiff is to advise all other parties of the Court's action herein. Lead counsel is directed to appear at this status hearing. (kw, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.