# United States District Court

## NORTHERN DISTRICT OF ILLINOIS

DISABLED PATRIOTS OF AMERICA, INC.,
a Florida not for profit corporation, and
BONNIE KRAMER, Individually,

        Plaintiffs,

vs.

SIMON PROPERTY GROUP (DELAWARE),
INC., A Delaware Corporation,

        Defendant.

**SUMMONS IN A CIVIL CASE**

**CASE NUMBER:** 07C 6363

JUDGE KENDALL

MAGISTRATE JUDGE COX

To: (Name and address of defendant)

SIMON PROPERTY GROUP (DELAWARE), INC.
c/o
C T Corporation System
208 So. LaSalle Street
Suite 814
Chicago, IL 60604

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY:

Thomas B. Bacon
Attorney-At-Law
1515 Grant St.
Hollywood, FL 33020

Jonathan E. Lerner, Esq.
P.O. Box 694
Wilmette, IL 60091

an answer to the Complaint which is herewith served upon you, within twenty (20) days after service of this Summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS
Clerk

(By) Deputy Clerk

AO 440 (Rev. 8/01) Summons in a Civil Action

NOV 0 9 2007
Date

IN THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Disabled Patriots Of America, Inc., et al. <br><br> vs. <br><br> Simon Property Group, Inc. a Delaware Corp. | Case Number   07 C 6363 |

## AFFIDAVIT OF SERVICE

I, Kevin Del Re, being first duly sworn on oath deposes and states that I am over the age of 18 years and not a party to this action, and on the 27 day of November, 2007, at 10:00 AM at 208 S. LaSalle St. #814, Chicago, IL 60604, did serve the following document(s):

**Summons and Complaint**

Upon:   **Simon Property Group (Delaware), Inc. c/o CT Corporation System, Registered Agent**

By:   ☑ Personally serving to:   Tawana Carter-Process Clerk

☐ leaving copies at the usual place of abode with:

a member of the household 13 years or upwards and informed that person of the contents thereof

☐ by mailing copies of said document(s) in a sealed envelope with postage fully prepaid to the defendant:

at 208 S. LaSalle St. #814, Chicago, IL 60604 on

| Description: Sex | **Female** | Race | **Black** | Approximate Age | **38** |
|---|---|---|---|---|---|
| Height | **5'6** | Weight | **140** | Hair Color | **Black** |

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this affidavit of service are true and correct.

Further the Affiant Sayeth Naught:

_____
Kevin Del Re
United Processing, Inc.
55 West Wacker Drive, 9th Floor
Chicago, IL 60601
IL License #117-001101