**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Disabled Patriots of America, Inc., et al.
                      Plaintiff,

v.                                             Case No.: 1:07−cv−06363
                                             Honorable Virginia M. Kendall

Simon Property Group (Delaware), Inc.
                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, December 13, 2007:

      MINUTE entry before Judge Virginia M. Kendall : The Status hearing previously set for 1/14/08 has been stricken and reset to Thursday, 1/10/2008 at 09:00 AM. Joint Status Report due by 1/7/2008. Mailed notice. (kw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.