# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of DISABLED PATRIOTS OF AMERICA, Inc. a Florida not for profit corp., and BONNIE KRAMER, individually
      Plaintiffs,
v.
SIMON PROPERTY GROUP (DELAWARE), INC., a Delaware corporation,
      Defendants.

Case Number: 07-C-6363

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
   SIMON PROPERTY GROUP (DELAWARE), INC., a Delaware corporation

| | |
|---|---|
| NAME (Type or print) Scott G. Salemi | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Scott G. Salemi | |
| FIRM Heyl, Royster, Voelker & Allen | |
| STREET ADDRESS 120 W. State Street, Second Floor, National City Bank Building | |
| CITY/STATE/ZIP Rockford, IL 61105 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6209932 | TELEPHONE NUMBER 815-963-4454 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES [X]   NO [ ] |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES [ ]   NO [X] |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES [X]   NO [ ] |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES [X]   NO [ ] |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL [ ]   APPOINTED COUNSEL [ ] | |