**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of DISABLED PATRIOTS OF AMERICA, Inc.    Case Number: 07-C-6363
a Florida not for profit corp., and BONNIE KRAMER,
individually
v.                                                     Plaintiffs,

SIMON PROPERTY GROUP (DELAWARE), INC., a
Delaware corporation,
                                    Defendants.
AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

   SIMON PROPERTY GROUP (DELAWARE), INC., a Delaware corporation

| |
|---|
| NAME (Type or print)<br><br>Jana L. Brady |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br><br>   s/ Jana L. Brady |
| FIRM<br><br>Heyl, Royster, Voelker & Allen |
| STREET ADDRESS<br><br>120 W. State Street, Second Floor, National City Bank Building |
| CITY/STATE/ZIP<br><br>Rockford, IL 61105 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6281390 | TELEPHONE NUMBER<br>815-963-4454 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☒ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐