# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **DISABLED PATRIOTS OF AMERICA, INC.,** a Florida Not-For-Profit Corporation, and **BONNIE KRAMER, Individually,** | : Case No.: 1:07-cv-06363 : : Virginia M. Kendall : |
| Plaintiffs, | : |
| v. | : **PLAINTIFFS'** : **NOTICE OF PENDENCY OF** |
| **SIMON PROPERTY GROUP (DELAWARE), INC, A Delaware Corporation,** | : **OTHER ACTIONS** : : |
| Defendant. | : : |

Plaintiffs, DISABLED PATRIOTS OF AMERICA, INC., and BONNIE KRAMER, hereby certify to this Court that the instant action IS NOT related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court or administrative agency.

Respectfully Submitted,

*Counsel for Plaintiffs*
Jonathan E. Lerner, Esq.
P.O. Box 694
Wilmette, IL 60091
847-271-2360
fx 847-256-3038
email jlernerlaw@aol.com
Ill Bar. Id No. 1622242

Thomas B. Bacon, Esq.
Attorney-At-Law
1515 Grant Street
Hollywood, FL 33020
ph. (954) 925-6488
fax (954) 237-5506
baconlaw@bellsouth.net

By: /s/ Thomas B. Bacon
Thomas B. Bacon, Esquire

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on the persons listed below electronically this December 28, 2007:

Jana L. Brady, Esq
Scott G. Salemi, Esq.
Heyl, Royster, Voelker & Allen
120 W. State Street, Second Floor
National City Building
Rockford, IL 61105
ph. (815) 963-4454
jbrady@hrva.com
ssalemi@hrva.com


Brian C. Blair, Esq.
Baker & Hostetler, LLP
200 South Orange Avenue #2300
Orlando, FL 32801
phone: (407) 649-4056
Fax:    (407) 841-0168
Bblair@bakerlaw.com



By: /s/ Thomas B. Bacon
Thomas B. Bacon, Esquire