**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Disabled Patriots of America, Inc., et al.
                              Plaintiff,

v.                                        Case No.: 1:07−cv−06363
                                          Honorable Virginia M. Kendall

Simon Property Group (Delaware), Inc.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, January 10, 2008:

MINUTE entry before Judge Virginia M. Kendall: Status hearing held. All discovery ordered stayed through 4/10/2008, except as to the pending expert review of the subject property. Further Status Hearing set for 4/10/2008 at 9:00 AM. Mailed notice. (kw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.