**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division**

Disabled Patriots of America, Inc., et al.
                                Plaintiff,

v.                                               Case No.: 1:07−cv−06363
                                                       Honorable Virginia M. Kendall

Simon Property Group (Delaware), Inc.
                                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, April 8, 2008:

      MINUTE entry before Judge Honorable Virginia M. Kendall: Counsel have informed the Court that this action has settled. The 4/10/08 Status hearing is stricken and reset for 4/24/2008 at 09:00 AM. No appearance is required if a dismissal is filed prior to the hearing. Mailed notice. (kw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.