IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DISABLED PATRIOTS OF AMERICA, INC., a Florida Not-For-Profit Corporation, and BONNIE KRAMER, Individually,<br><br>Plaintiffs,<br>v.<br><br>SIMON PROPERTY GROUP (DELAWARE), INC, A Delaware Corporation,<br><br>Defendant. | : Case No.: 1:07-cv-06363<br>:<br>: Virginia M. Kendall<br>: |

## STIPULATION FOR DISMISSAL OF CASE WITH PREJUDICE

Plaintiffs and Defendant, by and through undersigned counsel, hereby stipulate to Dismiss the instant Case with Prejudice.

| FOR THE PLAINTIFFS<br>By: /s/ Thomas B. Bacon | FOR THE DEFENDANT<br>By: /s/ Jana L. Brady |
|---|---|
| Thomas B. Bacon, Esq.<br>    Attorney-At-Law<br>1515 Grant Street<br>Hollywood, FL 33020<br>ph. (954) 925-6488<br>fax (954) 237-1990<br>baconlaw@bellsouth.net | Jana L. Brady, Esq<br>Scott G. Salemi, Esq.<br>Heyl, Royster, Voelker & Allen<br>120 W. State Street, Second Floor<br>National City Building<br>Rockford, IL 61105<br>ph. (815) 963-4454<br>jbrady@hrva.com<br>ssalemi@hrva.com |